**Order entered December 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00258-CR**
**No. 05-21-00259-CR**

**ROBERT JESSE MEYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82877-2020 & 380-82495-2020**

**ORDER**

Before the Court are appellant's December 16, 2021 second motions for extensions of time to file his brief(s). We **GRANT** the motions and **ORDER** appellant's brief(s) due by January 18, 2022.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE